UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL CLARK,

          Plaintiff,

                                      Case No.: 2:25-cv-12300

v.                                  Hon. Gershwin A. Drain

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [ECF No. 16], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 10], AND DENYING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [ECF No. 14]

On July 28, 2025, Plaintiff Daniel Clark filed the instant action against the Commissioner of Social Security. ECF No. 1. Plaintiff challenges the Commissioner of Social Security's finding that he is not disabled or entitled to Social Security Disability benefits. *See id.* Plaintiff requested that the Commissioner's findings be reversed or, in the alternative, that the case be remanded for a further hearing. *Id.* at PageID.2.

The case was referred to Magistrate Judge Elizabeth A. Stafford. *See* ECF No. 8. Both parties filed cross-motions for summary judgment. *See* ECF No. 10; ECF No. 14. Magistrate Judge Stafford issued a Report and Recommendation ("R&R")

1

recommending that Plaintiff's Motion for Summary Judgment be granted and that the Commissioner's Motion for Summary Judgment be denied. *See* ECF No. 16. She found the Administrative Law Judge's ("ALJ") evaluation of Plaintiff's purported disability to be flawed because it did not provide an accurate and logical bridge between the evidence at issue (the opinion of one of Plaintiff's treating physicians) and the ALJ's conclusion. *Id.* at PageID.1593–94. Magistrate Judge Stafford found that this error was not harmless. *Id.* at PageID.1597. She recommends that the case be remanded pursuant to sentence four of 42 U.S.C. § 405(g). Neither party filed objections to the R&R. *See* 28 U.S.C. § 636(b)(1) ("Within fourteen days after being served with a copy [of the R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of the court.").

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). In this case, the Court has reviewed the parties' arguments and evidence and concludes that Magistrate Judge Stafford arrived at the correct conclusions. The Court accepts the R&R and adopts it as the opinion of the Court.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Stafford's June 5, 2026 Report and Recommendation [ECF No. 16] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment [ECF No. 10] is **GRANTED**, Defendant's Motion for Summary Judgment [ECF

No. 14] is **DENIED**, and this case is **REMANDED** pursuant to sentence four of 42

U.S.C. § 405(g).

      **SO ORDERED.**

Dated:  July 23, 2026                       /s/Gershwin A. Drain
                                       GERSHWIN A. DRAIN
                                       United States District Judge